In the Matter of the Petition of the WESTOVER CHEMICAL COMPANY, Appellant, for a Writ of Prohibition against the CITY COURT OF THE CITY OF NEW YORK et al., Respondents.

*Matter of Westover Chemical Co. v. City Court, N. Y. City,* 183 App. Div. 931, affirmed.

(Argued October 1, 1918; decided October 15, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 26, 1918, which affirmed an order of Special Term denying a motion for a writ of prohibition. Respondent William S. Dyer brought an action against petitioner in the City Court of the city of New York to recover $2,500 for services alleged to have been rendered. The jury found a verdict for the full amount, whereupon the court directed the entry of judgment in favor of plaintiff for $2,000. The petitioner contended that the jurisdiction of the City Court being limited to $2,000, the verdict was void and, therefore, the direction of judgment thereon was illegal and prayed for a writ of prohibition restraining the court and the said plaintiff from taking any further proceedings in reference thereto.

*Everett V. Abbot* for appellant.

No appearance for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, McLAUGHLIN and CRANE, JJ.